

# General Instructions

## Who Can Use this Application
If you are a U.S. citizen who lives or has an address within the United States, you can use the application in this booklet to:
- Register to vote in your State,
- Report a change of name to your voter registration office,
- Report a change of address to your voter registration office, or
- Register with a political party.

## Exceptions
Please do not use this application if you live outside the United States and its territories and have no home (legal) address in this country, *or* if you are in the military stationed away from home. Use the Federal Postcard Application available to you from military bases, American embassies, or consular offices.

**New Hampshire** town and city clerks will accept this application only as a request for their own absentee voter mail-in registration form.
**North Dakota** does not have voter registration.
**Wyoming** law does not permit mail registration.

## How to Find Out If You Are Eligible to Register to Vote in Your State
Each State has its own laws about who may register and vote. Check the information under your State in the State Instructions. All States require that you be a United States citizen by birth or naturalization to register to vote in federal and State elections. Federal law makes it illegal to falsely claim U.S. citizenship to register to vote in any federal, State, or local election. You **cannot** be registered to vote in more than one place at a time.

## How to Fill Out this Application
Use both the Application Instructions and State Instructions to guide you in filling out the application.
- First, read the Application Instructions. These instructions will give you important information that applies to everyone using this application.
- Next, find your State under the State Instructions. Use these instructions to fill out Boxes 6, 7, and 8. Also refer to these instructions for information about voter eligibility and any oath required for Box 9.

## When to Register to Vote
Each State has its own deadline for registering to vote. Check the deadline for your State on the last page of this booklet.

## How to Submit Your Application
Mail your application to the address listed under your State in the State Instructions. Or, deliver the application in person to your local voter registration office. The States that are required to accept the national form will accept copies of the application printed from the computer image on regular paper stock, signed by the applicant, and mailed in an envelope with the correct postage.

## First Time Voters Who Register by Mail
If you are registering to vote for the first time in your jurisdiction and are mailing this registration application, Federal law requires you to show proof of identification the first time you vote. Proof of identification includes:
- A current and valid photo identification or
- A current utility bill, bank statement, government check, paycheck or government document that shows your name and address.

Voters may be exempt from this requirement if they submit a **COPY** of this identification with their mail in voter registration form. If you wish to submit a **COPY**, please keep the following in mind:
- Your state may have additional identification requirements which may mandate you show identification at the polling place even if you meet the Federal proof of identification.
- Do not submit original documents with this application, only **COPIES**.

---

**If You Were Given this Application in a State Agency or Public Office**
If you have been given this application in a State agency or public office, it is your choice to use the application. If you decide to use this application to register to vote, you can fill it out and leave it with the State agency or public office. The application will be submitted for you. Or, you can take it with you to mail to the address listed under your State in the State Instructions. You also may take it with you to deliver in person to your local voter registration office.
Note: The name and location of the State agency or public office where you received the application will remain confidential. It will not appear on your application. Also, if you decide not to use this application to register to vote, that decision will remain confidential. It will not affect the service you receive from the agency or office.

---

Revised 03/01/2006

# Application Instructions

Before filling out the body of the form, please answer the questions on the top of the form as to whether you are a United States citizen and whether you will be 18 years old on or before Election Day. If you answer no to either of these questions, you may not use this form to register to vote. However, state specific instructions may provide additional information on eligibility to register to vote prior to age 18.

**Box 1 — Name**
Put in this box your full name in this order — Last, First, Middle. Do not use nicknames or initials.
*Note:* If this application is for a change of name, please tell us in **Box A** *(on the bottom half of the form)* your full name before you changed it.

**Box 2 — Home Address**
Put in this box your home address (legal address). Do **not** put your mailing address here if it is different from your home address. Do **not** use a post office box or rural route without a box number. Refer to state-specific instructions for rules regarding use of route numbers.

*Note:* If you were registered before *but* this is the first time you are registering from the address in Box 2, please tell us in **Box B** *(on the bottom half of the form)* the address where you were registered before. Please give us as much of the address as you can remember.

*Also Note:* If you live in a rural area but do not have a street address, *or* if you have no address, please show where you live using the map in **Box C** *(at the bottom of the form).*

**Box 3 — Mailing Address**
If you get your mail at an address that is different from the address in Box 2, put your mailing address in this box. If you have no address in Box 2, you **must** write in Box 3 an address where you can be reached by mail.

**Box 4 — Date of Birth**
Put in this box your date of birth in this order — Month, Day, Year. *Be careful not to use today's date!*

**Box 5 — Telephone Number**
Most States ask for your telephone number in case there are questions about your application. However, you do **not** have to fill in this box.

**Box 6 — ID Number**
Federal law requires that states collect from each registrant an identification number. You must refer to your state's specific instructions for item 6 regarding information on what number is acceptable for your state. If you have neither a drivers license nor a social security number, please indicate this on the form and a number will be assigned to you by your state.

**Box 7 — Choice of Party**
In some States, you must register with a party if you want to take part in that party's primary election, caucus, or convention. To find out if your State requires this, see item 7 in the instructions under your State.

If you want to register with a party, print in the box the full name of the party of your choice.

If you do **not** want to register with a party, write "no party" or leave the box blank. Do **not** write in the word "independent" if you mean "no party," because this might be confused with the name of a political party in your State.
*Note:* If you do not register with a party, you can still vote in general elections and nonpartisan (nonparty) primary elections.

**Box 8 — Race or Ethnic Group**
A few States ask for your race or ethnic group, in order to administer the Federal Voting Rights Act. To find out if your State asks for this information, see item 8 in the instructions under your State. If so, put in Box 8 the choice that best describes you from the list below:
- American Indian *or* Alaskan Native
- Asian or Pacific Islander
- Black, *not of* Hispanic Origin
- Hispanic
- Multi-racial
- White, *not of* Hispanic Origin
- Other

**Box 9 — Signature**
Review the information in item 9 in the instructions under your State. Before you sign or make your mark, make sure that:

(1) You meet your State's requirements, and
(2) You understand **all** of Box 9.

Finally, sign your **full** name or make your mark, and print today's date in this order — Month, Day, Year. If the applicant is unable to sign, put in **Box D** the name, address, and telephone number (optional) of the person who helped the applicant.

Revised 03/01/2006

# Voter Registration Application

**Before completing this form, review the General, Application, and State specific instructions.**

| | | | |
|---|---|---|---|
| Are you a citizen of the United States of America?<br>Will you be 18 years old on or before election day?<br>**If you checked "No" in response to either of these questions, do not complete form.**<br>(Please see state-specific instructions for rules regarding eligibility to register prior to age 18.) | | This space for office use only. | |

| | Last Name | First Name | Middle Name(s) | |
|---|---|---|---|---|
| **1** | | | | |

| | Home Address | Apt. or Lot # | City/Town | State | Zip Code |
|---|---|---|---|---|---|
| **2** | | | | | |

| | Address Where You Get Your Mail If Different From Above | City/Town | State | Zip Code |
|---|---|---|---|---|
| **3** | | | | |

| | Date of Birth | | Telephone Number (optional) | | ID Number - (See item 6 in the instructions for your state) |
|---|---|---|---|---|---|
| **4** | Month   Day   Year | **5** | | **6** | |
| **7** | Choice of Party<br>(see item 7 in the instructions foy your State) | **8** | Race or Ethnic Group<br>(see item 8 in the instructions for your State) | | |

| | | |
|---|---|---|
| **9** | I have reviewed my state's instructions and I swear/affirm that:<br>■ I am a United States citizen<br>■ I meet the eligibility requirements of my state and subscribe to any oath required.<br>■ The information I have provided is true to the best of my knowledge under penalty of perjury. If I have provided false information, I may be fined, imprisoned, or (if not a U.S. citizen) deported from or refused entry to the United States. | Please sign full name (or put mark) ▲<br><br>Date: ___ / ___ / ___<br>Month   Day   Year |

**If you are registering to vote for the first time:** please refer to the application instructions for information on submitting copies of valid identification documents with this form.

## Please fill out the sections below if they apply to you.

If this application is for a **change of name**, what was your name before you changed it?

| | Last Name | First Name | Middle Name(s) | |
|---|---|---|---|---|
| **A** | | | | |

If you were **registered before but this is the first time you are registering from the address in Box 2**, what was your address where you were registered before?

| | Street (or route and box number) | Apt. or Lot # | City/Town/County | State | Zip Code |
|---|---|---|---|---|---|
| **B** | | | | | |

If you live in a rural area but do not have a street number, or if you have no address, please show on the map where you live.

| | | |
|---|---|---|
| **C** | ■ Write in the names of the crossroads (or streets) nearest to where you live.<br>■ Draw an X to show where you live.<br>■ Use a dot to show any schools, churches, stores, or other landmarks near where you live, and write the name of the landmark.<br><br>Example<br>Route #2 ● Grocery Store<br>Woodchuck Road<br>Public School ●   **X** | **NORTH** ↑ |

If the applicant is unable to sign, who helped the applicant fill out this application? Give name, address and phone number (phone number optional).

| | |
|---|---|
| **D** | |

## Mail this application to the address provided for your State.



OFFICIAL ELECTION MAIL
Authorized by the U.S. Postal Service ®

FIRST CLASS
STAMP
NECESSARY
FOR
MAILING

Print Application

# Voter Registration Application

**Before completing this form, review the General, Application, and State specific instructions.**

| Are you a citizen of the United States of America? ☐ Yes ☐ No<br>Will you be 18 years old on or before election day? ☐ Yes ☐ No<br>**If you checked "No" in response to either of these questions, do not complete form.**<br>(Please see state-specific instructions for rules regarding eligibility to register prior to age 18.) | This space for office use only. |

| | | | | | |
|---|---|---|---|---|---|
| **1** | (Circle one)<br>Mr. Mrs. Miss Ms. | Last Name | First Name | Middle Name(s) | (Circle one)<br>Jr Sr II III IV |

| | | | | | |
|---|---|---|---|---|---|
| **2** | Home Address | | Apt. or Lot # | City/Town | State | Zip Code |

| | | | | |
|---|---|---|---|---|
| **3** | Address Where You Get Your Mail If Different From Above | City/Town | State | Zip Code |

| | | | |
|---|---|---|---|
| **4** | Date of Birth<br>_____<br>Month   Day   Year | **5** | Telephone Number (optional) |
| **7** | Choice of Party<br>(see item 7 in the instructions foy your State) | **8** | Race or Ethnic Group<br>(see item 8 in the instructions for your State) |

**6** ID Number - (See item 6 in the instructions for your state)

| | |
|---|---|
| **9** | I have reviewed my state's instructions and I swear/affirm that:<br>■ I am a United States citizen<br>■ I meet the eligibility requirements of my state and subscribe to any oath required.<br>■ The information I have provided is true to the best of my knowledge under penalty of perjury. If I have provided false information, I may be fined, imprisoned, or (if not a U.S. citizen) deported from or refused entry to the United States. | Please sign full name (or put mark) ▲<br><br>Date: _____<br>Month   Day   Year |

**If you are registering to vote for the first time:** please refer to the application instructions for information on submitting copies of valid identification documents with this form.

## Please fill out the sections below if they apply to you.

If this application is for a **change of name**, what was your name before you changed it?

| | | | | | |
|---|---|---|---|---|---|
| **A** | Mr.<br>Mrs.<br>Miss<br>Ms. | Last Name | First Name | Middle Name(s) | (Circle one)<br>Jr Sr II III IV |

If you were **registered before but this is the first time you are registering from the address in Box 2**, what was your address where you were registered before?

| | | | | | |
|---|---|---|---|---|---|
| **B** | Street (or route and box number) | Apt. or Lot # | City/Town/County | State | Zip Code |

If you live in a rural area but do not have a street number, or if you have no address, please show on the map where you live.

| | |
|---|---|
| **C** | ■ Write in the names of the crossroads (or streets) nearest to where you live.<br>■ Draw an X to show where you live.<br>■ Use a dot to show any schools, churches, stores, or other landmarks near where you live, and write the name of the landmark.<br><br>Example<br>Route #2<br>● Grocery Store<br>Woodchuck Road<br>Public School ●   X | NORTH ↑ |

If the applicant is unable to sign, who helped the applicant fill out this application? Give name, address and phone number (phone number optional).

| | |
|---|---|
| **D** | |

## Mail this application to the address provided for your State.

# FOR OFFICIAL USE ONLY



FIRST CLASS
STAMP
NECESSARY
FOR
MAILING

O F F I C I A L
ELECTION MAIL
Authorized by the U.S. Postal Service ®

# State Instructions

Updated: 03-01-2006

**Registration Deadline** — Voter registration is closed during the ten days preceding an election. Applications must be postmarked or delivered by the eleventh day prior to the election.

**6. ID Number.** Your social security number is requested (by authority of the Alabama Supreme Court, 17-4-122).

**7. Choice of Party.** Optional: You do not have to register with a party if you want to take part in that party's primary election, caucus, or convention.

**8. Race or Ethnic Group. Y**ou are required to fill in this box; however, your application will not be rejected if you fail to do so. See the list of choices under the Application Instructions for Box 8 (on page 2).

**9. Signature.** To register in Alabama you must:
• be a citizen of the United States
• be a resident of Alabama and your county at the time of registration
• be 18 years old before any election
• not have been convicted of a felony punishable by imprisonment in the penitentiary (or have had your civil and political rights restored)
• not currently be declared mentally incompetent through a competency hearing
• swear or affirm to "support and defend the Constitution of the U.S. and the State of Alabama and further disavow any belief or affiliation with any group which advocates the overthrow of the governments of the U.S. or the State of Alabama by unlawful means

and that the information contained herein is true, so help me God"

**Mailing address:**
Office of the Secretary of State
P.O. Box 5616
Montgomery, AL 36103-5616

Updated: 03-01-2006

**Registration Deadline** — 30 days before the election.

**6. ID Number.** You must provide one of the following identification numbers; Alaska Driver's License or Alaska State Identification Card Number. If you do not have an Alaska Driver's License or Alaska State Identification Card, you must provide the last four digits of your Social Security Number. If you do not have any of these identification numbers, please write "NONE" on the form. A unique identifying number will be assigned to you for voter registration purposes. This information is kept confidential. Having this information assists in maintaining your voter record and may assist in verifying your identity (Title 15 of the Alaska Statutes).

**7. Choice of Party.** You do not have to declare a party affiliation when registering to vote. If you do not choose a party, you will be registered as Undeclared. Alaska has a closed primary election system. Each recognized political party has a separate ballot listing only candidates from that political party. Voters registered as a member of a political party may only vote that party's ballot. Voters registered as undeclared or non-partisan may choose one

ballot from the ballots available.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Alaska you must:
• be a citizen of the United States
• be at least 18 years old within 90 days of completing this registration
• be a resident of Alaska
• not be a convicted felon (unless unconditionally discharged)
• not be registered to vote in another State

**Mailing address:**
Division of Elections
State of Alaska
PO Box 110017
Juneau, AK 99811-0017

Updated: 03-01-2006

**Registration Deadline** — 29 days before the election.

**6. ID Number.** Your completed voter registration form must contain the number of your Arizona driver license, or non-operating identification license issued pursuant to A.R.S. § 28-3165, if the license is current and valid. If you *do not have* a current and valid Arizona driver license or non-operating identification license, you must include the last four digits of your social security number if one has been issued to you. If you do not have a current and valid driver license or non-operating identification license or a social security number, please write "NONE" on the form. A unique identifying number will be assigned by the Secretary of State.

# State Instructions

**7. Choice of Party.** If you are registered in a political party which has qualified for ballot recognition, you will be permitted to vote the primary election ballot for that party. If you are registered as an independent, no party preference or as a member of a party which is not qualified for ballot recognition, you may select and vote one primary election ballot for one of the recognized political parties.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Arizona you must:
• be a citizen of the United States
• be a resident of Arizona and your county at least 29 days preceding the next election
• be 18 years old on or before the next general election
• not have been convicted of treason or a felony (or have had your civil rights restored)
• not currently be declared an incapacitated person by a court of law

**Mailing address:**
Secretary of State/Elections
1700 W. Washington, 7th Floor
Phoenix, AZ 85007-2888

**Updated: 03-01-2006**

**Registration Deadline** — 30 days before the election.

**6. ID Number.** Your completed voter registration form must contain your state issued driver's license number or nonoperating identification number. If you do not have a driver's license or nonoperating identification, you must include the last four digits of your social security number. If you do not have a driver's license or a nonoperating identification or a social security number, please write "NONE" on the form. A unique identifying number will be assigned by the State.

**7. Choice of Party.** Optional. You do not have to register with a party if you want to take part in that party's primary election, caucus, or convention.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Arkansas you must:
• be a citizen of the United States
• live in Arkansas at the address in Box 2 on the application
• be at least 18 years old before the next election
• not be a convicted felon (or have completely discharged your sentence or been pardoned)
• not claim the right to vote in any other jurisdiction
• not previously be adjudged mentally incompetent by a court of competent jurisdiction

**Mailing address:**
Secretary of State
Voter Services
P.O. Box 8111
Little Rock, AR 72203-8111

**Updated: 03-01-2006**

**Registration Deadline** — 15 days before the election.

**6. ID Number.** When you register to vote, you must provide your California driver's license or California identification card number, if you have one. If you do not have a driver's license or ID card, you must provide the last four digits of your Social Security Number (SSN). If you do not include this information, you will be required to provide identification when you vote.

**7. Choice of Party.** Please enter the name of the political party with which you wish to register. If you do not wish to register with any party, enter "Decline to State" in the space provided.

California law allows voters who "decline to state" an affiliation with a qualified political party or who affiliate with a nonqualified political party to vote in the primary election of any qualified political party that files a notice with the Secretary of State allowing them to do so. You can call 1-800-345-VOTE or visit www.ss.ca.gov to learn which political parties are allowing nonaffiliated voters to participate in their primary election.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in California you must:
• be a citizen of the United States
• be a resident of California
• be at least 18 years of age at the time of the next election
• not be imprisoned or on parole for the conviction of a felony
• not currently be judged mentally incompetent by a court of law
Signature is required. If you meet the requirements listed above, please sign and date the registration card in the space provided.

**Mailing address:**
Secretary of State
Elections Division
1500 11th Street
Sacramento, CA 95814

# State Instructions

Updated: 03-28-2008

**Registration Deadline** — 29 days before the election. If the application is received in the mails without a postmark, it must be received within 5 days of the close of registration.

**6. ID Number.** Your completed voter registration form must contain your state issued driver's license number or identification number. If you do not have a driver's license or state issued identification, you must include the last four digits of your social security number. If you do not have a driver's license or a state issued identification or a social security number, please write "NONE" on the form. A unique identifying number will be assigned by the State.
**7. Choice of Party.** You must register with a party if you want to take part in that party's primary election, caucus, or convention.
**8. Race or Ethnic Group.** Leave blank.
**9. Signature.** To register in Colorado you must:
• be a citizen of the United States
• be a resident of Colorado 30 days prior to the election
• be 18 years old on or before election day
• not be confined as a prisoner or serving any part of a sentence under mandate

**Mailing address:**
  Colorado Secretary of State
  1700 Broadway, Suite 270
  Denver, Colorado 80290

Updated: 03-01-2006

**Registration Deadline** — 14 days before the election.

**6. ID Number.** Connecticut Driver's License Number, or if none, the last four digits of your Social Security Number.
**7. Choice of Party.** This is optional, but you must register with a party if you want to take part in that party's primary election, caucus, or convention.
**8. Race or Ethnic Group.** Leave blank.
**9. Signature.** To register in Connecticut you must:
• be a citizen of the United States
• be a resident of Connecticut and of the town in which you wish to vote
• be 17 years old. You can vote when you turn 18
• have completed confinement and parole if previously convicted of a felony, and have had your voting rights restored by Registrars of Voters.
• not currently be declared mentally incompetent to vote by a court of law

**Mailing address:**
  Secretary of State
  Elections Division
  30 Trinity Street
  Hartford, CT 06106

Updated: 03-28-2008

**Registration Deadline** — The 4th Saturday before a primary or general election, and 10 days before a special election.

**6. ID Number.** Your completed voter registration form must contain your state issued driver's license number or nonoperating identification number. If you do not have a driver's license or nonoperating identification, you must include the last four digits of your social security number. If you do not have a driver's license or a nonoperating identification or a social security number, please write "NONE" on the form. A unique identifying number will be assigned by the State.
**7. Choice of Party.** You must register with a party if you want to take part in that party's primary election, caucus, or convention.
**8. Race or Ethnic Group.** Leave blank.
**9. Signature.** To register in Delaware you must:
• be a citizen of the United States
• be a permanent resident of Delaware
• be at least 18 years old on the date of the next general election
• felons are eligible to vote if certain requirements are met: fines and sentence completed at least five years prior to application date; felony convictions can not be disqualifying felonies, which are murder, sexual offenses, or crimes against public administration involving bribery or improper influence or abuse of office.
• not be mentally incompetent

**Mailing address:**
  Commissioner of Elections
  111 S. West St., Suite 10
  Dover, DE 19904

# State Instructions

Updated: 10-29-2003

**Registration Deadline** — 30 days before the election.

**6. ID Number.** Federal law now requires that all voter registration applications must include either the applicant's driver's license number or the last four digits of the applicant's social security number in order to be processed.
**7. Choice of Party.** You must register with a party if you want to take part in that party's primary election, caucus, or convention.
**8. Race or Ethnic Group.** Leave blank.
**9. Signature.** To register in the District of Columbia you must:
• be a citizen of the United States
• be a District of Columbia resident at least 30 days preceding the next election
• be at least 18 years old on or preceding the next election
• not be in jail for a felony conviction
• not have been judged "mentally incompetent" by a court of law
• not claim the right to vote anywhere outside D.C.

**Mailing address:**
District of Columbia Board of Elections & Ethics
441 4th Street, NW, Suite 250
Washington, DC 20001-2745

Updated: 09-12-2006

**Registration Deadline** — 29 days before the election.

**6. ID Number.** If you have one, you must provide your Florida driver's license number or Florida identification card number. If you do not have a Florida driver's license or identification card, you must provide the last four digits of your social security number.
**7. Choice of Party.** You must register with a party if you want to take part in that party's primary election, caucus, or convention.
**8. Race or Ethnic Group.** You are requested to fill in this box. See the list of choices under the Application Instructions for Box 8 (on page 2).
**9. Signature.** To register in Florida you must:
• be a citizen of the United States
• be a legal resident of both the State of Florida and of the county in which you seek to be registered
• be 18 years old (you may pre-register if you are 17)
• not now be adjudicated mentally incapacitated with respect to voting in Florida or any other State
• not have been convicted of a felony without your civil rights having been restored pursuant to law
• not claim the right to vote in another county or state
• swear or affirm the following: "I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, and that I am a citizen of the United States and a legal resident of Florida"

**Mailing address:**
State of Florida
Department of State
Division of Elections
The R.A. Gray Building
500 South Bronough St, Rm 316
Tallahassee, Florida 32399-0250

Updated: 03-28-2008

**Registration Deadline** — The fifth Monday before any general primary, general election, or presidential preference primary, or regularly scheduled special election pursuant to the Georgia Election Code. In the event that a special election is scheduled on a date other that those dates prescribed by the Georgia Election Code, registration would close on the 5th day after the call.

**6. ID Number.** Federal law requires you to provide your full GA Drivers License number or GA State issued ID number. If you do not have a GA Drivers License or GA ID you must provide the last 4 digits of your Social Security number. Providing your full Social Security number is optional. Your Social Security number will be kept confidential and may be used for comparison with other state agency databases for voter registration identification purposes. If you do not possess a GA Drivers License or Social Security number, a unique identifier will be provided for you.
**7. Choice of Party.** You do not have to register with a party to take part in that party's primary, caucus or convention.
**8. Race or Ethnic Group.** You are requested to fill in this box. See the list of choices under the Application Instructions for Box 8 (on page 2).
**9. Signature.** To register in Georgia you must:
• be a citizen of the United States
• be a legal resident of Georgia and of the county in which you want to vote

# State Instructions

- be 18 years old within six months after the day of registration, and be 18 years old to vote
- not be serving a sentence for having been convicted of a felony
- not have been judicially determined to be mentally incompetent, unless the disability has been removed

**Mailing address:**
Elections Division
Office of the Secretary of State
1104 West Tower
2 Martin Luther King, Jr. Dr. SE
Atlanta, GA 30334-1505

**Updated: 03-01-2006**

**Registration Deadline** — 30 days before the election.

**6. ID Number.** Your full social security number is required. It is used to prevent fraudulent registration and voting. Failure to furnish this information will prevent acceptance of this application (Hawaii Revised Statutes, Section 11-15).
**7. Choice of Party.** A "choice of party" is not required for voter registration.
**8. Race or Ethnic Group.** Race or ethnic group information is not required for voter registration.
**9. Signature.** To register in Hawaii you must:
- be a citizen of the United States
- be a resident of the State of Hawaii
- be at least 16 years old (you must be 18 years old by election day in order to vote)

- not be incarcerated for a felony conviction
- not be adjudicated by a court as "non compos mentis"

**Mailing address:**
Office of Elections
State of Hawaii
802 Lehua Avenue
Pearl City, HI 96782

**Updated: 03-01-2006**

**Registration Deadline** — 25 days before the election.
**6. ID Number.** Enter your driver's license number. If you have no driver's license, enter the last 4 digits of your social security number.
**7. Choice of Party.** You do not have to register with a party if you want to take part in that party's primary election, caucus, or convention.
**8. Race or Ethnic Group.** Leave blank.
**9. Signature.** To register in Idaho you must:
- be a citizen of the United States
- have resided in Idaho and in the county for 30 days prior to the day of election
- be at least 18 years old
- not have been convicted of a felony, and without having been restored to the rights of citizenship, or confined in prison on conviction of a criminal offense

**Mailing address:**
Secretary of State
P.O. Box 83720
State Capitol Bldg.
Boise, ID 83720-0080

**Updated: 03-01-2006**

**Registration Deadline** — 28 days prior to each election.

**6. ID Number.** Your driver's license number is required to register to vote. If you do not have a driver's license, at least the last four digits of your social security number are required. If you have neither, please write "NONE" on the form. A unique identifier will be assigned to you by the State.
**7. Choice of Party.** Party registration or preference is not required for voter registration. However, when you apply for a primary ballot, you must indicate your party preference for that election.
**8. Race or Ethnic Group.** Leave blank.
**9. Signature.** A signature is required. If signature is missing from registration form, you will be notified your registration is incomplete.
To register in Illinois you must:
- be a citizen of the United States
- be a resident of Illinois and of your election precinct at least 30 days before the next election
- be at least 18 years old on or before the next election
- not be in jail for a felony conviction
- not claim the right to vote anywhere else

**Mailing address:**
State Board of Elections
1020 S. Spring Street
Springfield, IL 62704

# State Instructions

Updated: 03-01-2006

**Registration Deadline** — 29 days before the election.

**6. ID Number.** Your state voter ID number is your ten digit Indiana issued driver's license number. If you do not possess an Indiana driver's license then provide the last four digits of your social security number. Please indicate which number was provided. (Indiana Code 3-7-13-13)

**7. Choice of Party.** Leave blank.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Indiana you must:
- be a citizen of the United States
- have resided in the precinct at least 30 days before the next election
- be at least 18 years of age on the day of the next general election
- not currently be in jail for a criminal conviction

**Mailing address:**
Election Division
Office of the Secretary of State
302 West Washington Street, Room E-204
Indianapolis, IN 46204-2743

Updated: 03-28-2008

**Registration Deadline** — Must be delivered by 5 p.m. 10 days before the election, if it is a state primary or general election; 11 days before all others.* Registration forms which are postmarked 15 or more days before an election are considered on time even if received after the deadline.

*If you fail to meet the voter registration deadlines above you can register and vote by following the guidelines for election day registration. You can find these on the Iowa Secretary of State's website: http://www.sos.state.ia.us/pdfs/elections/EDRbrochure.pdf.

**6. ID Number.** Your ID number is your Iowa driver's license number (or Iowa non-driver identification number) if you have one, if not then the last four digits of your social security number. The ID number you provide will be verified with the Iowa Department of Transportation or the Social Security Administration.

**7. Choice of Party.** You may, but do not have to, register with a party in advance if you want to take part in that party's primary election. You may change or declare a party affiliation at the polls on primary election day.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Iowa you must:
- be a citizen of the United States
- be a resident of Iowa
- be at least 17-1/2 years old (you must be 18 to vote)
- not have been convicted of a felony (or have had your rights restored)
- not currently be judged by a court to be "incompetent to vote"
- not claim the right to vote in more than one place
- give up your right to vote in any other place

**Mailing address:**
Elections Division
Office of the Secretary of State
Lucas Building-1st Floor
321 E. 12th Street
Des Moines, IA 50319

Updated: 03-01-2006

**Registration Deadline** — Postmarked or delivered 15 days before the election.

**6. ID Number.** Your completed voter registration form must contain your state issued driver's license number or nondriver's identification card number. If you do not have a driver's license or nondriver's identification card, you must include the last four digits of your social security number. If you do not have a driver's license or a nondriver's identification card or social security number, please write "NONE" on the form. A unique identifying number will be assigned by the State. The number you provide will be used for administrative purposes only and will not be disclosed to the public. (KSA 25-2309).

**7. Choice of Party.** You must register with a party if you want to take part in that party's primary election, caucus, or convention.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Kansas you must:
- be a citizen of the United States
- be a resident of Kansas
- be 18 by the next election
- have completed the terms of your sentence if convicted of a felony; a person serving a sentence for a felony conviction is ineligible to vote
- not claim the right to vote in any other location or under any other name
- not be excluded from voting for mental incompetence by a court of competent jurisdiction

# State Instructions

**Mailing address:**
Secretary of State
1st Floor, Memorial Hall
120 SW 10th Ave.
Topeka, KS 66612-1594

██████████████

**Updated: 03-01-2006**

**Registration Deadline** — 29 days before the election.

**6. ID Number.** Your full social security number is required. It is used for administrative purposes only and is not released to the public (KRS 116.155). No person shall be denied the right to register because of failure to include social security number.

**7. Choice of Party.** You must register with a party if you want to take part in that party's primary election, caucus, or convention.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Kentucky you must:
• be a citizen of the United States
• be a resident of Kentucky
• be a resident of the county for at least 28 days prior to the election date
• be 18 years of age on or before the next general election
• not be a convicted felon or if you have been convicted of a felony, your civil rights must have been restored by executive pardon
• not have been judged "mentally incompetent" in a court of law
• not claim the right to vote anywhere outside Kentucky

**Mailing address:**
State Board of Elections
140 Walnut Street
Frankfort, KY 40601-3240

██████████████

**Updated: 03-01-2006**

**Registration Deadline** — 30 days before the election.

**6. ID Number.** You must provide your Louisiana driver's license number, if issued. If not issued, you must provide at least the last four digits of your social security number, if issued. The full social security number may be provided on a voluntary basis. Neither the registrar nor the Department of State shall disclose the social security number of a registered voter or circulate the social security numbers of registered voters on commercial lists (R.S. 18:104 and 154; 42 U.S.C. 405).

**7. Choice of Party.** If you do not list a party affiliation, you cannot vote in the Presidential Preference Primary and party committee elections. Political party affiliation is not required for any other election.

**8. Race or Ethnic Group.** You are requested to fill in this box. See the list of choices under the Application Instructions for Box 8 (on page 2).

**9. Signature.** To register in Louisiana you must:
• be a citizen of the United States
• be a resident of Louisiana. Residence address must be address where you claim homestead exemption, if any.
• be at least 17 years old, and be 18 years old prior to the next election to vote
• not currently be under an order of imprisonment for conviction of a felony
• not currently be under a judgment of interdiction for mental incompetence

**Mailing address:**
Secretary of State
Attention: Voter Registration
P.O. Box 94125
Baton Rouge, LA 70804-9125

██████████████

**Updated: 03-01-2006**

**Registration Deadline** — Delivered 10 business days before the election (or a voter may register *in-person* up to and including election day).

**6. ID Number.** You must list your valid Maine driver's license number. If you don't have a valid Maine driver's license, then you must provide the last four digits of your Social Security Number. Voters who don't have either of these forms of ID must write "NONE" in this space.

**7. Choice of Party.** You must register with a party if you want to take part in that party's primary election, caucus, or convention (unless otherwise permitted by a political party).

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Maine you must:
• be a citizen of the United States
• be a resident of Maine and the municipality in which you want to vote
• be at least 17 years old (you must be 18 years old to vote)

**Mailing address:**
Elections Division
Bureau of Corporations,
Elections and Commissions
101 State House Station
Augusta, ME 04333-0101

# State Instructions

■■■■■■■■■■■■■

Updated: 06-26-2008

**Registration Deadline** — 9:00 p.m. 21 days before the election.

**6. ID Number.** If you have a current, valid Maryland driver's license or a Motor Vehicle Administration identification card, you must enter the driver's license or identification number. If you do not have a current, valid Maryland driver's license or Motor Vehicle Administration identification card, you must enter at least the last 4 digits of your social security number. However, please note, the disclosure of your full Social Security number is voluntary. The statutory authority allowing election officials to request your full Social Security number is Election Law Article, Section 3-202, Annotated Code of Maryland. The number will be used only for registration and other administrative purposes. It will be kept confidential.

**7. Choice of Party.** You must register with a party if you want to take part in that party's primary election.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Maryland you must:
• be a U.S. citizen
• be a Maryland resident
• be at least 18 years old by the next general election
• not be under guardianship for mental disability
• not have been convicted of buying or selling votes
• not have been convicted of a felony, or if you have, you have completed serving a court ordered sentence of imprisonment, including any term of parole or probation for the conviction.

**Mailing address:**
State Board of Elections
P.O. Box 6486
Annapolis, MD 21401-0486

■■■■■■■■■■■■■

Updated: 03-01-2006

**Registration Deadline** — 20 days before the election.

**6. ID Number.** Federal law requires that you provide your driver's license number to register to vote. If you do not have a current and valid Massachusetts' driver's license then you must provide the last four (4) digits of your social security number. If you have neither, you must write "NONE" in the box and a unique identifying number will be assigned to you.

**7. Choice of Party.** If you do not designate a party of political designation in this box, you will be registered as unenrolled. Unenrolled voters may participate in party primaries. However, an unenrolled voter must enroll in a party on the day of the Presidential Preference Primary in order to participate in that primary.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Massachusetts you must:
• be a citizen of the United States
• be a resident of Massachusetts
• be 18 years old on or before the next election
• not have been convicted of corrupt practices in respect to elections

• not be under guardianship with respect to voting
• not be currently incarcerated for a felony conviction

**Mailing address:**
Secretary of the Commonwealth
Elections Division, Room 1705
One Ashburton Place
Boston, MA 02108

■■■■■■■■■■■■■

Updated: 03-01-2006

**Registration Deadline** — 30 days before the election.

**6. ID Number.** Your completed voter registration form must contain your state issued driver's license number or state issued personal identification card number. If you do not have a driver's license or state issued personal identification card, you must include the last four digits of your social security number. If you do not have a driver's license or a state issued personal identification card or a social security number, please write "NONE" on the form. A unique identifying number will be assigned by the State.

**7. Choice of Party.** A "choice of party" is not required for voter registration.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Michigan you must:
• be a citizen of the United States
• be 18 years old by the next election
• be a resident of Michigan and at least a 30 day resident of your city or township by election day
• not be confined in a jail after being convicted and sentenced

10

# State Instructions

*Notice:* Michigan law requires that the same address be used for voter registration and driver license purposes. Therefore, if the residence address you provide on this form differs from the address shown on a driver license or personal identification card issued by the State of Michigan, the Secretary of State will automatically change your driver license or personal identification card address to match the residence address entered on this form. If an address change is made, the Secretary of State will mail you an address update sticker for your driver license or personal identification card.

**Caution:** If you register by mail, you must vote in person at your assigned precinct the first time you vote, unless you are:

- disabled as defined by state law;
- 60 years of age or older; or
- temporarily residing overseas.

**Mailing address:**
Michigan Department of State
Bureau of Elections
P.O. Box 20126
Lansing, MI 48901-0726

████████████████

Updated: 12-31-2008

**Registration Deadline —** Delivered by 5:00 p.m. 21 days before the election (there is also election day registration at polling places).

**6. ID Number.** You are required to provide your Minnesota driver's license or state ID number to register to Vote. If you do not have a Minnesota driver's license or state ID then you will have to provide the last four digits of your social security number. If you have neither, please write "none" on the form.

**7. Choice of Party.** Leave blank.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Minnesota you must:
- be a citizen of the United States
- be a resident of Minnesota for 20 days before the next election
- maintain residence at the address given on the registration form
- be at least 18 years old on election day
- if previously convicted of a felony, your felony sentence has expired or been completed, or you have been discharged from the sentence
- not be under a court-ordered guardianship in which the right to vote has been revoked
- not be found by a court to be legally incompetent to vote.

**Mailing address:**
Secretary of State
60 Empire Drive, Suite 100
St. Paul, MN 55103-1855

████████████████

Updated: 05-07-2010

**Registration Deadline —** 30 days before the election.

**6. ID Number.** You are required to provide your current and valid driver's license number or, if you don't have one, the last four digits of your social security number.

**7. Choice of Party.** Mississippi does not have party registration. Therefore, you do not have to register with a party if you want to take part in that party's primary election, caucus, or convention.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Mississippi you must:
- be a citizen of the United States
- have lived in Mississippi and in your county (and city, if applicable) 30 days before the election in which you want to vote
- be 18 years old by the time of the general election in which you want to vote
- have not been convicted of murder, rape, bribery, theft, arson, obtaining money or goods under false pretense, perjury, forgery, embezzlement, armed robbery, extortion, felony bad check, felony shoplifting, larceny, receiving stolen property, robbery, timber larceny, unlawful taking of a motor vehicle, statutory rape, carjacking, or bigamy, or have had your rights restored as required by law
- not have been declared mentally incompetent by a court

*Note:* State law changed by federal court order in 1998 and by state legislation in 2000. We now accept the form as registration for voting for <u>all</u> state and federal offices.

**Mailing address:**
Secretary of State
P.O. Box 136
Jackson, MS 39205-0136

**Local county addresses:**
You also may return completed applications to the county circuit clerk/registrar where you reside. A complete list of county circuit clerk/registrars is available on Mississippi's website at www.sos.ms.gov.

# State Instructions

Updated: 09-12-2006

**Registration Deadline** — 28 days before the election.

**6. ID Number.** Your completed voter registration form must contain your state issued driver's license number. Your completed voter registration form must also include the last four digits of your social security number. (Section 115.155, RSMo). If you do not have a driver's license or a social security number, please write "NONE" on the form. A unique identifying number will be assigned by the State. Any electronic media, printouts or mailing labels provided under this section shall not include telephone numbers and social security numbers of voters. (Section 115.157, RSMo).

**7. Choice of Party.** You do not have to register with a party if you want to take part in that party's primary election, caucus, or convention.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To vote in Missouri you must:
- isang mamamayan ng Estados Unidos
- be a citizen of the United States
- be a resident of Missouri
- be at least 17-1/2 years of age (you must be 18 to vote)
- not be on probation or parole after conviction of a felony, until finally discharged from such probation or parole
- not be convicted of a felony or misdemeanor connected with the right of suffrage
- not be adjudged incapacitated by any court of law
- not be confined under a sentence of imprisonment

**Mailing address:**
Secretary of State
P.O. Box 1767
Jefferson City, MO 65102-1767

Updated: 03-01-2006

**Registration Deadline** — 30 days before the election.

**6. ID Number.** You must provide your Montana driver's license number. If you do not have a Montana driver's license number then you must list the LAST FOUR DIGITS OF YOUR SOCIAL SECURITY NUMBER. If you have neither a driver's license, nor a social security number, please write "NONE" on the form. The state of Montana will assign to you a unique identifying number.

**7. Choice of Party.** Montana does not require party registration to participate in any election.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Montana you must:
- be a citizen of the United States
- be at least 18 years old on or before the election
- be a resident of Montana and of the county in which you want to vote for at least 30 days before the next election
- not be in a penal institution for a felony conviction
- not currently be determined by a court to be of unsound mind
- meet these qualifications by the next election day if you do not currently meet them

**Mailing address:**
Secretary of State's Office
P.O. Box 202801
State Capitol
Helena, MT 59620-2801

Updated: 03-01-2006

**Registration Deadline** — The third Friday before the election (or delivered by 6 p.m. on the second Friday before the election).

**6. ID Number.** You must provide your Nebraska driver's license number. If you do not have a Nebraska driver's license number then you must list the last four digits of your social security number.

**7. Choice of Party.** You must register with a party if you want to take part in that party's primary election, caucus, or convention.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Nebraska you must:
- be a citizen of the United States
- be a resident of Nebraska
- be at least 18 years of age or will be 18 years of age on or before the first Tuesday after the first Monday of November
- not have been convicted of a felony, or if convicted, have had your civil rights restored
- not have been officially found to be mentally incompetent

**Mailing address:**
Nebraska Secretary of State
Suite 2300, State Capitol Bldg.
Lincoln, NE 68509-4608

# State Instructions

■■■■■■■■■■■■■■■■

Updated: 05-07-2010

**Registration Deadline** — The deadline for mail-in registration is the fifth Saturday before any primary or general election. In person registration remains available until 9:00 p.m. on the third Tuesday preceding any primary or general election. You may register to vote in person only by appearing at the office of the County Clerk/Registrar of Voters.

**6. ID Number.** You <u>must</u> supply a Nevada's Driver's License Number or Nevada ID Card Number <u>if you have been issued one</u>. If you do not have a Driver's License Number or Nevada ID Card Number, you must supply the last four digits of your Social Security Number. If you do not have a Social Security Number, please contact your County Clerk/Registrar of Voters to be assigned a unique identifier.

**7. Choice of Party.** You must register with a party if you want to take part in that party's primary election, caucus, or convention. If you register with a minor political party, or as a Nonpartisan you will receive a Nonpartisan Ballot for the Primary Election.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Nevada you must:
• be a citizen of the United States
• have attained the age of 18 years on the date of the next election
• have continuously resided in the State of Nevada, in your county, at least 30 days and in your precinct at least 10 days before the next election

• have your civil rights restored if you were convicted of a felony
• not be determined by a court of law to be mentally incompetent
• claim no other place as your legal residence

**Mailing address:**
   Secretary of State
   Elections Division
   101 North Carson Street
   Suite 3
   Carson City, NV 89701-4786

Applications may be returned to the Secretary of State's office at the address above, but to avoid possible delays, you are advised to return your completed voter registration applications directly to your local county election official.

**Local county addresses:**
   To meet registration deadlines, especially during the two weeks before the close of the mail-in registration deadline, return completed applications to your respective County Clerk/Registrar of Voters. A complete list of County Clerk/Registrar of Voters and registration deadlines is available on Nevada's website: www.nvsos.gov.

■■■■■■■■■■■■■■■■

Updated: 03-01-2006

**Registration Deadline** — New Hampshire town and city clerks will accept this application only as a request for their own absentee voter mail-in registration form, which must be received by your city or town clerk by 10 days before the election.

New Hampshire town and city clerks will accept this application only as a request for their own absentee voter mail-in registration form. You need to fill in only Box 1 and Box 2 or 3.

The application should be mailed to your town or city clerk at your zip code. These addresses are listed on the Secretary of State web site at **http://www.state. nh.us/sos/clerks.htm**

It should be mailed in plenty of time for your town or city clerk to mail you their own form and for you to return that form to them by 10 days before the election.

■■■■■■■■■■■■■■■■

Updated: 03-28-2008

**Registration Deadline** — 21 days before the election.

**6. ID Number.** The last four digits of your Social Security number OR your New Jersey Driver's License number is required for voter registration. If you do not possess either of these identifications, please write "NONE" on the form. The State will assign a number that will serve to identify you for voter registration purposes.

**7. Choice of Party.** New Jersey's voter registration form does not provide a check-off for political party affiliation. A newly registered voter or voter who has never voted in a political party primary election can declare party affiliation at the polling place on the day of a primary election. In New Jersey, a primary election is only held for the Democratic and Republican parties. A voter may also file a

# State Instructions

political party declaration form to become a member of a political party. If a declared voter wished to change party affiliation he or she must file a declaration form 50 days before the primary election, in order to vote.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in New Jersey you must:
• be a citizen of the United States
• be at least 18 years of age by the time of the next election
• be a resident of this State and county at your address at least 30 days before the next election
• not be serving a sentence or on parole or probation as the result of a conviction of any indictable offense under the laws of this or another state or of the United States

**Mailing address:**
New Jersey Department of Law and Public Safety
Division of Elections
PO BOX 304
Trenton, NJ 08625-0304

**Updated: 03-01-2006**

**Registration Deadline** — 28 days before the election.

**6. ID Number.** Your full social security number is required. This registration card containing your social security number will become part of the permanent voter registration records of your locality, which are open to inspection by the public in the office of the county clerk. However, your social security number and date of birth will remain confidential and will

not be disclosed to the public. Computerized listings of limited voter registration information (without social security number or birth date) are available to the general public, and are furnished upon request to incumbent election officeholders, candidates, political parties, courts and non-profit organizations promoting voter participation and registration, for political purposes only (§1-5-19B, NMSA 1978).

**7. Choice of Party.** You must register with a party if you want to take part in that party's primary election, caucus, or convention.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in New Mexico you must:
• be a citizen of the United States
• be a resident of the State of New Mexico
• be 18 years of age at the time of the next election
• not have been denied the right to vote by a court of law by reason of mental incapacity and, if I have been convicted of a felony, I have completed all conditions of probation or parole, served the entirety of a sentence or have been granted a pardon by the Governor.

**Mailing address:**
Bureau of Elections
325 Don Gaspar, Suite 300
Santa Fe, NM 87503

**Updated: 03-01-2006**

**Registration Deadline** — 25 days before the election.

**6. ID Number.** Federal law requires that you provide your driver's

license number to register to vote. If you do not have a driver's license then you will have to provide at least the last four digits of your social security number. If you have neither, please write "NONE" on the form. A unique identifying number will be assigned to you by your State.

**7. Choice of Party.** You must enroll with a party if you want to vote in that party's primary election or caucus.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in New York you must:
• be a citizen of the United States
• be a resident of the county, or of the City of New York, at least 30 days before an election
• be 18 years old by December 31 of the year in which you file this form (*Note:* You must be 18 years old by the date of the general, primary, or other election in which you want to vote)
• not be in jail or on parole for a felony conviction
• not currently be judged incompetent by order of a court of competent judicial authority
• not claim the right to vote elsewhere

**Mailing address:**
NYS Board of Elections
40 Steuben Street
Albany, NY 12207-2108

**Updated: 03-01-2006**

**Registration Deadline** — Postmarked 25 days before the election or received in the elections office or designated voter registration agency site by 5:00 p.m. 25 days before the election.

14

# State Instructions

**6. ID Number.** Provide your North Carolina driver's license number, or North Carolina Department of Motor Vehicles ID number. If you do not have a driver's license, then list the last four digits of your social security number.

**7. Choice of Party.** You must register with a party to vote in that party's primary unless that party allows unaffiliated voters to vote in its primary. If you indicate a political party that is not a qualified party, or indicate no party, you will be listed as "Unaffiliated".

**8. Race or Ethnic Group.** You are required to fill in this box. However, your application will not be rejected if you fail to do so. See the list of choices under the Application Instructions for Box 8 (on page 2).

**9. Signature.** To register in North Carolina you must:
• be a citizen of the United States
• be a resident of North Carolina and the county in which you live for at least 30 days prior to the election
• be 18 years of age by the day of the next general election
• have your rights of citizenship restored if you have been convicted of a felony
• not be registered or vote in any other county or state

**Mailing address:**
State Board of Elections
P.O. Box 27255
Raleigh, NC 27611-7255

Updated: 03-01-2006

North Dakota does not have voter registration.

Updated: 03-01-2006

**Registration Deadline** — 30 days before the election.

**6. ID Number.** Your social security number is requested. Providing this number is voluntary. This information allows the Board of Elections to verify your registration if necessary (O.R.C. 3503.14). [Federal law requires that you provide your driver's license number to register to vote. If you do not have a driver's license then you will have to provide at least the last four digits of your social security number. If you don't have either number you will have to write "NONE" on the form and the State will assign you a number.]

**7. Choice of Party.** You do not register with a party if you want to take part in that party's primary election. Party affiliation is established by voting at a primary election.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Ohio you must:
• be a citizen of the United States
• be a resident of Ohio
• be 18 years old on or before election day. If you will be 18 on or before the day of the general election, you may vote in the primary election for candidates only.
• not be convicted of a felony and currently incarcerated
• not be found incompetent by a court for purposes of voting

**Mailing address:**
Secretary of State of Ohio
Elections Division
180 E. Broad Street — 15th Floor
Columbus, OH 43215

Updated: 10-29-2003

**Registration Deadline** — 25 days before the election.

**6. ID Number.** The last four digits of your social security number are required. (Oklahoma Title 26, Section 4-112) In addition, your Oklahoma driver's license number is requested.

**7. Choice of Party.** You must register with a party if you want to take part in that party's primary election, caucus, or convention.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Oklahoma you must:
• be a citizen of the United States and a resident of the State of Oklahoma
• be 18 years old on or before the date of the next election
• have not been convicted of a felony, for which a period of time equal to the original sentence has not expired, or for which you have not been pardoned
• not now be under judgment as an incapacitated person, or a partially incapacitated person prohibited from registering to vote

**Mailing address:**
Oklahoma State Election Board
Box 528800
Oklahoma City, OK 73152-8800

15

# State Instructions

Updated: 03-01-2006

**Registration Deadline** — 21 days before the election.

**6. ID Number.** Federal law requires that you provide your driver's license number to register to vote. If you do not have a driver's license then you will have to provide at least the last four digits of your social security number. If you have neither, you will need to write "NONE" on the form. A unique identifying number will instead be assigned to you by your State.

**7. Choice of Party.** You must register with a party if you want to take part in that party's primary election.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Oregon you must:
• be a citizen of the United States
• be a resident of Oregon
• be at least 18 years old by election day

**Mailing address:**
Secretary of State
Elections Division
141 State Capitol
Salem, OR 97310-0722

Updated: 03-01-2006

**Registration Deadline** — 30 days before an election or primary.

**6. ID Number.** You must supply a Driver's License Number, if you have one. If you do not have a Driver's License Number, you must supply the <u>last four digits</u> of your social Security Number. If you do not have a Social Security Number, please write "NONE" in the box.

**7. Choice of Party.** You must register with a party if you want to take part in that party's primary election.

**8. Race or Ethnic Group.** You are requested to fill in this box. See the list of choices under the Application Instructions for Box 8 (on page 2).

**9. Signature.** To register in Pennsylvania you must:
• be a citizen of the United States at least one month before the next election
• be a resident of Pennsylvania and your election district at least 30 days before the election
• be at least 18 years of age on the day of the next election

**Mailing address:**
Office of the Secretary of the Commonwealth
210 North Office Bldg.
Harrisburg, PA 17120-0029

Updated: 03-28-2008

**Registration Deadline** — 30 days before the election.

**6. ID Number.** The applicant shall be required to provide his/her Rhode Island driver's license number if the applicant has been issued a current and valid Rhode Island driver's license. In the case of an applicant who has not been issued a current and valid driver's license he/she must provide the last four (4) digits of his/her social security number. An applicant, who has neither, will be assigned a unique identifying number by the State of Rhode Island.

**7. Choice of Party.** In Rhode Island, a person must register with a party if he/she wishes to take part in that party's primary election. A person who fails to register with a party at the time of registration may, if he/she chooses, register with a party on the day of that party's primary and take part in that party's primary election. If a person does not register with a party, he/she can still vote in general elections and non-partisan primary elections.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Rhode Island you must:
• be a citizen of the United States
• be a resident of Rhode Island for 30 days preceding the next election
• be 18 years old by election day
• not be currently incarcerated in a correctional facility due to a felony conviction
• not have been lawfully judged to be mentally incompetent

**Mailing address:**
Rhode Island State Board of Elections
50 Branch Ave.
Providence, RI 02904-2790

Updated: 03-01-2006

**Registration Deadline** — 30 days before the election.

**6. ID Number.** Your full social security number is required. It is required by the South Carolina Code of Laws and is used for internal purposes only. Social security number does not appear on any report produced by the State Election Commission nor is it released to any unauthorized

# State Instructions

individual. (South Carolina Title 7-5-170)

**7. Choice of Party.** You do not have to register with a party if you want to take part in that party's primary election, caucus, or convention.

**8. Race or Ethnic Group.** You are required to fill in this box. Your application may be rejected if you fail to do so. See the list of choices under the Application Instructions for Box 8 (on page 2).

**9. Signature.** To register in South Carolina you must:
- be a citizen of the United States
- be at least 18 years old on or before the next election
- be a resident of South Carolina, your county and precinct
- not be confined in any public prison resulting from a conviction of a crime
- never have been convicted of a felony or offense against the election laws, or if previously convicted, have served your entire sentence, including probation or parole, or have received a pardon for the conviction
- not be under a court order declaring you mentally incompetent
- claim the address on the application as your only legal place of residence and claim no other place as your legal residence

**Mailing address:**
State Election Commission
P.O. Box 5987
Columbia, SC 29250-5987

Updated: 03-01-2006

**Registration Deadline** — Received 15 days before the election.

**6. ID Number.** Your driver's license number is requested. If you do not have a valid driver's license, you must provide the last four digits of your social security number.

**7. Choice of Party.** You must register with a party if you want to take part in that party's primary election, caucus, or convention.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in South Dakota you must:
- be a citizen of the United States
- reside in South Dakota
- be 18 years old by the next election
- not be currently serving a sentence for a felony conviction which included imprisonment, served or suspended, in an adult penitentiary system
- not have been adjudged mentally incompetent by a court

**Mailing address:**
Elections, Secretary of State
500 E. Capitol
Pierre, SD 57501-5070

Updated: 03-01-2006

**Registration Deadline** — 30 days before the election.

**6. ID Number.** Your full social security number is required. Social security number, if any, is required for purposes of identification and to avoid duplicate registration (TCA 2.2.116).

**7. Choice of Party.** You do not have to register with a party if you want to take part in that party's primary election, caucus, or convention.

**8. Race or Ethnic Group.** Optional.

**9. Signature.** To register in Tennessee you must:
- be a citizen of the United States
- be a resident of Tennessee
- be at least 18 years old on or before the next election
- not have been convicted of a felony, or if convicted, have had your full rights of citizenship restored (or have received a pardon) or not be adjudicated incompetent by a court of competent jurisdiction (or have been restored to legal capacity)

**Mailing address:**
Coordinator of Elections
Tennessee Tower, Ninth Floor
312 Eighth Avenue, North
Nashville, TN 37243

Updated: 03-01-2006

**Registration Deadline** — 30 days before the election.

**6. ID Number.** You must provide your driver's license number to register to vote. If you do not have a driver's license then you will have to provide at least the last four digits of your social security number. If you have neither, please write "NONE" on the form. A unique identifying number will instead be assigned to you by your State.

**7. Choice of Party.** You do not have to register with a party if you want to take part in that party's primary election, caucus, or convention.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Texas you must:
- be a citizen of the United States

# State Instructions

• be a resident of the county in which the application for registration is made
• be at least 17 years and 10 months old (you must be 18 to vote)
• not be finally convicted of a felony, or if a convicted felon, you must have fully discharged your punishment, including any incarceration, parole, supervision, period of probation or be pardoned.
• have not been declared mentally incompetent by final judgment of a court of law

**Mailing address:**
Office of the Secretary of State
Elections Division
P.O. Box 12060
Austin, TX 78711-2060

**Updated: 03-28-2008**

**Registration Deadline** — 30 days before the election for mail-in applications; 15 days before the election for walk-in registrations at the county clerk's office.

**6. ID Number.** Your completed voter registration form must contain your state issued driver's license number or nonoperating identification number. If you do not have a driver's license or nonoperating identification, you must include the last four digits of your social security number. If you do not have a driver's license or a nonoperating identification or a social security number, please write "NONE" on the form. A unique identifying number will be assigned by the State.
**7. Choice of Party.** Declaring a party is not required in order to register to vote. However, Utah's election law allows each political party to choose whom it will allow to vote in its primary election. If you do not affiliate with a party, you may be restricted from voting in the primary.
**8. Race or Ethnic Group.** Leave blank.
**9. Signature.** To register in Utah you must:
• be a citizen of the United States
• have resided in Utah for 30 days immediately before the next election
• be at least 18 years old on or before the next election
• not be a convicted felon currently incarcerated for commission of a felony
• not be convicted of treason or crime against the elective franchise, unless restored to civil rights
• not be found to be mentally incompetent by a court of law

**Mailing address:**
Office of the Lieutenant Governor
P.O. Box 142325
Salt Lake City, UT 84114

**Updated: 07-29-2008**

**Registration Deadline** — Delivered to the town clerk before 5:00 PM on the Wednesday before the election.

**6. ID Number.** You must provide your Vermont Driver's license number, or if none, the last 4 digits of your Social Security number. If you do not have a Vermont Driver's license or a Social Security number, please write "NONE" on the form. The Secretary of State's office will assign you a unique identifying number.

**7. Choice of Party.** Vermont does not require party registration to participate in any election.
**8. Race or Ethnic Group.** Leave blank.
**9. Signature.** To register in Vermont you must:
• be a citizen of the United States
• be a resident of Vermont
• be 18 years of age on or before election day
• have taken the following Oath: You solemnly swear (or affirm) that whenever you give your vote or suffrage, touching any matter that concerns the state of Vermont, you will do it so as in your conscience you shall judge will most conduce to the best good of the same, as established by the Constitution, without fear or favor of any person [Voter's Oath, Vermont Constitution, Chapter II, Section 42]
By signing in Box 9, you are attesting that you have sworn or affirmed the Vermont voter's oath as printed above.

**Mailing address:**
Office of the Secretary of State
Director of Elections
26 Terrace Street
Montpelier, VT 05609-1101

**Updated: 11-10-2010**

**Registration Deadline** — Delivered 29 days before the election.

**6. ID Number.** Your full social security number is required. Your social security number will appear on reports produced only for official use by voter registration and election officials and, for jury selection purposes, by courts.

# State Instructions

Article II, §2, Constitution of Virginia (1971).

**7. Choice of Party.** You do not have to register with a party if you want to take part in that party's primary election, caucus, or convention.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Virginia you must:
• be a citizen of the United States
• be a resident of Virginia and of the precinct in which you want to vote
• be 18 years old by the next <u>May or November general</u> election
• not have been convicted of a felony, or have had your civil rights restored
• not currently be declared mentally incompetent by a court of law

**Mailing address:**
State Board of Elections
1100 Bank Street, 1st Floor
Richmond, VA 23219

**Updated: 10-29-2003**

**Registration Deadline** — 30 days before the election (or delivered in-person to the local voter registration office 15 days before the election).

**6. ID Number.** You must provide your driver's license number. If you do not have a Washington driver's license, you must provide the last four digits of your Social Security Number. Failure to provide this information may prevent your registration from being processed.

**7. Choice of Party.** You are not required to designate your party affiliation to register in Washington.

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in Washington you must:
• be a citizen of the United States
• be a legal resident of Washington State, your county and precinct for 30 days immediately preceding the election in which you want to vote
• be at least 18 years old by election day
• not be convicted of infamous crime, unless restored to civil rights

**Mailing address:**
Secretary of State
Voter Registration by Mail
P.O. Box 40230
Olympia, WA 98504-0230

**Updated: 09-12-2006**

**Registration Deadline** — 21 days before the election.

**6. ID Number.** Enter your driver's license number. If you do not have a driver's license number, enter the last four numbers of your social security number. If you do not have a driver's license number or a social security number, an identification number will be assigned to you.

**7. Choice of Party.** You must register with a party if you want to take part in that party's primary election, caucus, or convention (unless you request the ballot of a party which allows independents to vote)

**8. Race or Ethnic Group.** Leave blank.

**9. Signature.** To register in West Virginia you must:
• be a citizen of the United States
• live in West Virginia at the above address
• be 18 years old, or to vote in the primary be 17 years old and turning 18 before the general election
• not be under conviction, probation, or parole for a felony, treason or election bribery
• not have been judged "mentally incompetent" in a court of competent jurisdiction

**Mailing address:**
Secretary of State
Building 1, Suite 157-K
1900 Kanawha Blvd. East
Charleston, WV 25305-0770

**Updated: 09-12-2006**

**Registration Deadline** — Twenty (20) days before the election (or completed in the local voter registration office up to 5:00 pm. 1 day before the election, or completed at the polling place on election day).

**6. ID Number.** Provide your driver's license number, if you have no current and valid driver's license, the last 4 digits of your social security number or DOT-issued ID card number.

**7. Choice of Party.** Not required.

**8. Race or Ethnic Group.** Not required.

**9. Signature.** To register in Wisconsin you must:
• be a citizen of the United States
• be a resident of Wisconsin for at least 10 days
• be 18 years old
• not have been convicted of treason, felony or bribery, or if you have, your civil rights have been restored

# State Instructions

• not have been found by a court to be incapable of understanding the objective of the electoral process
• not make or benefit from a bet or wage depending on the result of an election
• not have voted at any other location, if registering on election day

**Mailing address:**
State Elections Board
17 West Main Street, Suite 310
P.O. Box 2973
Madison, WI 53701-2973

**Updated: 03-01-2006**

Wyoming by law, cannot accept this form unless State law is changed.

# ARIZONA VOTER REGISTRATION FORM
# FORMULARIO DE INSCRIPCIÓN DE VOTANTE EN ARIZONA
## INSTRUCCIONES EN ESPAÑOL SE ENCUENTRAN AL REVERSO

**Questions?** For questions regarding voter registration, call your County Recorder listed on the back of the form

**You Can Use This Form To:**
- Register to vote in the state of Arizona
- Let us know that your name, address or party affiliation has changed

**To Register To Vote In Arizona You Must (Qualifications):**
- Be a **United States citizen** (see citizenship requirements on back)
- Be a **resident** of Arizona and the county listed on your registration
- Be **18 years** of age or more on or before the day of the next regular General Election

**WARNING:** Executing a false registration is a **class 6 felony**

**You Cannot Register To Vote In Arizona If:**
- You have been convicted of a felony and have not yet had your civil rights restored
- You have been adjudicated incompetent

**How To Register To Vote:**
- You can mail or hand deliver your completed form to your County Recorder's office
- Your County Recorder's office will mail you a proof of registration within 4 – 6 weeks
- Your decision to register to vote or not, and where you submitted your registration, will remain confidential

**Registrations Received By Mail:**
- In the case of registration by mail, a voter registration is valid if it complies with either of the following:
  1. The registration is dated 29 days or more before an election and is received by the County Recorder by first class mail within 5 days after the last day to register to vote in that election.
  2. The form is postmarked 29 days or more before an election and is received by the County Recorder by 7 p.m. on the day of that election.

**Citizens With Disabilities May:**
- Contact the County Recorder/Elections Department for information about early voting or any voting accommodations.

## NEW REGISTRATION REQUIREMENTS

1. Your completed voter registration form must contain your Arizona driver license or nonoperating identification license number.

If you do not have either of these licenses, you must include the last four digits of your social security number.

If you do not have a driver license or nonoperating identification license or a social security number, a unique identifying number will be assigned by the Secretary of State.

2. A complete voter registration form must also contain <u>proof of citizenship</u> or the form will be rejected.

If you have an Arizona driver license or nonoperating identification license issued after October 1, 1996, this will serve as proof of citizenship. If not, you must enclose proof of citizenship with the form.

The back of the form contains a list of acceptable documents to establish your citizenship and instructions on how to include copies of the documents with the voter registration form.

**If you are not a citizen of the United States or will not be 18 by the next General Election, do not complete this form.**

<Fold Line----------------------------------------------------------------------------------------------------Fold Line>

**\*USE BLACK PEN ~ COMPLETELY FILL OUT FORM   \*USE PLUMA DE TINTA NEGRA ~ LLENE EL FORMULARIO COMPLETAMENTE**

**[1]** Are you registered to vote at another address? Yes☐  No☐  Not Sure☐
List the former address, including county and state

**BOX FOR OFFICE USE ONLY**
**S**

**[2] Last Name** | **First Name** | **Middle Name** | Jr./Sr./III

**[3] Address <u>where you live</u> – If no street address, describe residence location using mileage, cross streets, parcel #, subdivision name and lot, or landmarks. Do not use post office box or business address. Draw a map below if located in rural area.**
**[4] Apt./Unit/Space No.**

**[5] City** | **[6] County** | **[7] Zip** | **[8]** Address <u>where you get your mail</u>, *if mail is not delivered to your home*

**[9] Birth Date (Month/Day/Year)** | **[10]** State or Country of Birth | **[11]** Telephone number | **[12]** Father's name or mother's maiden name

**[13] AZ Driver license number or AZ Nonoperating license number** | **[14] Last four digits of social security number** | **[15]** Optional Tribal Identification Number

**[16] Specify Party Preference** | **[17]** Occupation | **[18]** If your name was different the last time you registered, list former name | **[19]** Alien Registration Number

**[20]** Will you be willing to work at a polling place on election day? Yes☐  No☐

**[21]**
- **Are you a citizen of the United States of America?**    **Yes☐ No☐**
- **Will you be 18 years of age on or before election day?** Yes☐ No☐

*If you checked "No" to either one of these questions, do not submit this form.*

**VOTER DECLARATION** – By signing below, I swear or affirm that the above information is true, that I am a RESIDENT of Arizona, I am NOT a convicted FELON or my civil rights are restored, and I have NOT been adjudicated INCOMPETENT.

**X**

**SIGN HERE** | **DATE**

**[22]** If no street address draw a map here:

N
W ——|—— E
S

**[23]** If you are unable to sign the form, the form can be completed at your direction. The person who assisted you must sign here.

**SIGNATURE OF PERSON ASSISTING** | **DATE**

<Remove tape and fold to mail ------------------------------------------------------------------------------------------------------Remove tape and fold to mail>

# ARIZONA VOTER REGISTRATION FORM (Translation)
# FORMULARIO DE INSCRIPCIÓN DE VOTANTE EN ARIZONA

**¿Preguntas?** Para preguntas con respecto a la inscripción de votante, llame a su Registrador del Condado indicado al reverso del formulario

**Usted puede usar este formulario para:**
- Inscribirse para votar en Arizona
- Informarnos que su nombre, dirección o afiliación de partido ha cambiado

**Para inscribirse para votar en Arizona, usted tiene que (Requisitos):**
- Ser **ciudadano de los Estados Unidos** (vea los requisitos de la prueba de ciudadanía al revés)
- Ser **residente** de Arizona y del condado indicado en su inscripción
- Tener **18 años** o más en o antes del día de la próxima Elección General normal
**ADVERTENCIA:** El ejecutar una inscripción falsa es un **delito grave** de **clase 6**

**Usted no puede inscribirse para votar en Arizona si:**
- Usted ha sido condenado de un delito grave y todavía no se le han restituido sus derechos civiles
- Usted ha sido juzgado incompetente

**Cómo inscribirse para votar:**
- Usted puede enviar por correo su formulario llenado a la oficina de su Registrador del Condado o entregarlo personalmente
- La oficina de su Registrador del Condado le enviará por correo una prueba de inscripción dentro de 4 a 6 semanas
- Su decisión de inscribirse para votar o no inscribirse, y donde usted presentó su inscripción, se quedará confidencial

**Inscripciones recibidas por correo:**
- En caso de inscripción por correo, una inscripción de votante es válida si cumple con cualquiera de los siguientes:
  1. El formulario de registro está fechado 29 ó más días antes de una elección, y es recibido por el Registrador del Condado por correo de primera clase dentro de cinco días después del último día para registrarse para votar en esa elección.
  2. El formulario tiene la fecha de matasellos de 29 días o más antes de una elección y es recibido por el Registrador del Condado para las 7 p.m. del día de esa elección.

**Los ciudadanos con discapacidades pueden:**
- Comuníquese con el Registrador del Condado/Departamento Electoral para información sobre la votación temprana o cualquier adaptación para votar.

**Si usted no es ciudadano de los Estados Unidos o no tendrá 18 años para la próxima Elección General, no llene este formulario.**

---

## NUEVOS REQUISITOS DE INSCRIPCIÓN

1. Su formulario lleno de registro electoral debe contar con su número de licencia de manejo o de identificación (no de manejo) de Arizona.

Si no tiene ninguna de estas licencias, tiene que incluir las últimas cuatro cifras de su número de seguro social.

Si no tiene una licencia de manejar ni una licencia de identificación no de manejar ni un número de seguro social, se le asignará un número único de identificación por la Secretaria de Estado.

2. Un formulario llenado de inscripción de votante también tiene que contener prueba de ciudadanía o se rechazará el formulario.

Si usted tiene una licencia de manejar o una licencia de identificación no de manejar expedida después del 1 de octubre de 1996, ésta servirá como prueba de ciudadanía. Si no, tiene que adjuntar prueba de ciudadanía con el formulario.

El reverso del formulario contiene una lista de documentos aceptables para establecer su ciudadanía e instrucciones sobre cómo incluir copias de los documentos con el formulario de registro electoral.



PLACE STAMP HERE

EJEMPLAR
Voter Receipt
Recibo del Votante

&lt;Línea de doble-----------------------------------------------------------------------------------------------------------Línea de doble&gt;

## ~ USE ESTA SECCIÓN COMO EJEMPLO, LLENE LA CARA DEL FORMULARIO ~

**[1]** ¿Está usted inscrito para votar en otra dirección? Sí☐ No☐ No sé☐
Escriba la dirección anterior, incluyendo el condado y el estado

**CASILLA SÓLO PARA EL USO DE LA OFICINA**
**S**

**[2]** Apellido | Nombre de pila | **Segundo nombre** | Jr./Sr./III

**[3]** Si no hay calle en el domicilio, describa la ubicación de la residencia usando millaje, cruceros de calles, # de parcela, nombre de la subdivisión y lote, o detalles específicos de referencia. No use un apartado postal ni dirección de negocio. Dibuje un mapa abajo si está ubicado en una zona rural. | **[4]** Dpto./ Unidad/ No.de espacio

**[5]** Ciudad | **[6]** Condado | **[7]** Código postal | **[8]** Dirección en la cual Ud. recibe su correspondencia, *si no se entrega la correspondencia a su casa*

**[9]** Fecha de nacimiento (Mes/Día/Año) | **[10]** Estado o País de nacimiento | **[11]** Número de teléfono | **[12]** Nombre de su padre o nombre de soltera de su madre

**[13]** Número de su licencia de manejar de AZ o número de su licencia de identificación no de manejar de AZ | **[14]** Las últimas cuatro cifras de su número de seguro social | **[15]** Número personal de Identificación Tribal

**[16]** Especifique su Partido de Preferencia | **[17]** Ocupación | **[18]** Si su nombre ha cambiado desde la última vez que se inscribió, escriba su nombre anterior | **[19]** Número de Registro de Extranjero

**[20]** ¿Estará usted dispuesto a trabajar en un lugar de votación el día de la elección? Sí☐ No☐

**[22]** Si no hay una dirección de calle, dibuje un mapa aquí:

**[21]** ● Es usted ciudadano de los Estado Unidos de América? Sí☐ No☐
● Tendrá usted 18 años de edad en o antes del día de la Elección? Sí☐ No☐
*Si marcó "No" a cualquiera de estas preguntas, no presente el formulario.*

**DECLARACIÓN DE VOTANTE** – Al firmar abajo, juro o afirmo que la información más arriba es verdad, que soy RESIDENTE de Arizona, que NO soy un CRIMINAL convicto, o mis derechos civiles están restituidos y no se me ha juzgado INCOMPETENTE.

**X**_____     _____
**FIRME AQUÍ**                                                    **FECHA**

**[23]** Si usted no puede firmar el formulario, se puede llenar bajo su dirección. La persona que le ayudó tiene que firmar aquí.
**FIRMA DE LA PERSONA QUE AYUDA** _____ **FECHA** _____

N
O ——————— E
S

&lt;DESPEGUE LA CINTA ADHESIVA Y DOBLE PARA ENVIAR POR CORREO -------------------- DESPEGUE LA CINTA ADHESIVA Y DOBLE PARA ENVIAR POR CORREO&gt;
&lt;Fold Line----------------------------------------------------------------------------------------------------------------Fold Line&gt;

**\*USE BLACK PEN ~ COMPLETELY FILL OUT FORM   \*USE PLUMA DE TINTA NEGRA ~ LLENE EL FORMULARIO COMPLETAMENTE**

**[1]** Are you registered to vote at another address? Yes☐ No☐ Not Sure☐
List the former address, including county and state

**BOX FOR OFFICE USE ONLY**
**S**

**[2]** Last Name | First Name | **Middle Name** | Jr./Sr./III

**[3]** Address where you live – If no street address, describe residence location using mileage, cross streets, parcel #, subdivision name and lot, or landmarks. Do not use post office box or business address. Draw a map below if located in rural area. | **[4]** Apt./ Unit/Space No.

**[5]** City | **[6]** County | **[7]** Zip | **[8]** Address where you get your mail, *if mail is not delivered to your home*

**[9]** Birth Date (Month/Day/Year) | **[10]** State or Country of Birth | **[11]** Telephone number | **[12]** Father's name or mother's maiden name

**[13]** AZ Driver license number or AZ Nonoperating license number | **[14]** Last four digits of social security number | **[15]** Optional Tribal Identification Number

**[16]** Specify Party Preference | **[17]** Occupation | **[18]** If your name was different last time you registered, list former name | **[19]** Alien Registration Number

**[20]** Will you be willing to work at a polling place on election day? Yes☐ No☐

**[22]** If no street address draw a map here:

**[21]** ● Are you a citizen of the United States of America? Yes☐ No☐
● Will you be 18 years of age on or before election day? Yes☐ No☐
*If you checked "No" to either one of these questions, do not submit this form.*

**VOTER DECLARATION** – By signing below, I swear or affirm that the above information is true, that I am a RESIDENT of Arizona, I am NOT a convicted FELON or my civil rights are restored, and I have NOT been adjudicated INCOMPETENT.

**X**
**SIGN HERE**                                                    **DATE**

**[23]** If you are unable to sign the form, the form can be completed at your direction. The person who assisted you must sign here.

**SIGNATURE OF PERSON ASSISTING**                      **DATE**

N
W ——————— E
S

&lt;Remove tape and fold to mail -------------------------------------------------------------------------------Remove tape and fold to mail&gt;

# VOTER REGISTRATION FORM - FORMULARIO DE INSCRIPCIÓN DE VOTANTE

## VOTER REGISTRATION INFORMATION

If you meet the qualifications listed on the front of this form, complete, sign and return the attached registration form to the County Recorder for your county listed below. The form may be mailed or returned to a person designated to receive voter registration forms. Call your County Recorder for more information.

## INFORMACIÓN PARA LA INSCRIPCIÓN DE VOTANTE

"Si usted satisface los requisitos indicados en la cara de este formulario, llene, firme y regrese la forma adjunta de registro al Registrador del Condado de su condado listado abajo. La forma puede enviarse por correo o regresarse a una persona designada para recibir formas de registro electoral. Llame al Registrador de su Condado para más información".

### NEW REGISTRATION REQUIREMENTS

If this is your first time registering to vote in Arizona or you have moved to another county in Arizona, your voter registration form must also include proof of citizenship or the form will be rejected. If you have an Arizona driver license or nonoperating identification license issued after October 1, 1996, write the number in box 13 on the front of this form. This will serve as proof of citizenship and no additional documents are needed. If not, you must include proof of citizenship with the form. Only one form of proof is needed to register to vote.

The following is a list of acceptable documents to establish your citizenship:

- **A legible photocopy of a birth certificate that verifies citizenship and supporting legal documentation (i.e. marriage certificate) if the name on the birth certificate is not the same as your current legal name**
- A legible photocopy of the pertinent pages of your passport
- Presentation to the County Recorder of U.S. naturalization documents or fill in your Alien Registration Number in box 19
- **Your Indian Census Number, Bureau of Indian Affairs Card Number, Tribal Treaty Card Number, or Tribal Enrollment Number in box 15**
- **A legible photocopy of your Tribal Certificate of Indian Blood or Tribal or Bureau of Indian Affairs Affidavit of Birth.**

If you need to include a photocopy of proof of citizenship, please fold the proof along with the voter registration form and place both items in an envelope and mail them to your County Recorder listed below. Do not send original documents. Photocopies will not be returned to you. Please visit www.azsos.gov if you have any questions regarding acceptable types of proof of citizenship.

If you are registered in Arizona and use this registration form because you moved within a county, changed your name, or changed your political party affiliation, you do not need to provide photocopies of proof of citizenship. If you move to a different Arizona county, you will need to provide proof of citizenship.

### REQUISITOS DE UNA NUEVA INSCRIPCIÓN

Si esto es su primera vez de inscribirse para votar en Arizona, o si se ha mudado a otro condado, su formulario de inscripción de votante también tiene que incluir prueba de ciudadanía o se rechazará el formulario. Si usted tiene una licencia de manejar de Arizona, o una licencia de identificación no de manejar de Arizona, expedida después del 1 de octubre de 1996, escriba el número en la casilla 13 en la cara de este formulario. Esto servirá como prueba de ciudadanía y no se necesitan ningunos otros documentos. Si no, usted debe incluir prueba de ciudadanía con la forma. Sólo se necesita una forma de comprobación para registrarse para votar.

Lo siguiente es una lista de los documentos aceptables para establecer su ciudadanía:

- **Una fotocopia legible de un acta de nacimiento que verifica la ciudadanía y la documentación legal acreditativa (ej. Acta de Matrimonio) si el nombre en el acta de nacimiento no es el mismo como su nombre legal actual**
- Una fotocopia legible de las páginas pertinentes de su pasaporte
- Presentación al Registrador del Condado de documentos de naturalización de los Estados Unidos o anote su Número de Registro de Extranjero en la casilla 19
- **Su Número de Tarjeta de la Oficina de Asuntos de Nativo Americanos, Número de Tarjeta de Tratado Tribal, o Número de Matrícula Tribal en la casilla 15**
- **Una fotocopia legible de su Certificado Tribal de Sangre Nativo Americana o affidávit de Nacimiento de la Oficina de Asuntos de Nativo Americanos.**

Si usted necesita incluir una fotocopia de prueba de ciudadanía, por favor doble la prueba junto con la forma de registro electoral, coloque ambos artículos en un sobre, y envíelos a su Registrador del Condado listado abajo. No envíe documentos originales. Las fotocopias no se le regresarán. Por favor visite www.azsos.gov si tiene usted cualquier pregunta relacionada con tipos aceptables para comprobar su ciudadanía.

Si usted está registrado en Arizona y usa el formulario de registro debido a que se mudó dentro de un condado, cambió su nombre, o cambió su afiliación de partido político, no necesita proveer fotocopias de su comprobación de ciudadanía. Si usted se muda a un condado distinto en Arizona, necesitará proveer prueba de ciudadanía.

## ACCOMMODATIONS FOR INDIVIDUALS WITH DISABILITIES

Alternative format materials, sign language interpretation, and assistive listening devices are available upon 72 hours advance notice to your County Recorder. To the extent possible, additional reasonable accommodations will be made available within the time constraints of the request.

## GENERAL INFORMATION

1. **You must re-register whenever you move, change your name, or change your political party affiliation.**
2. Early ballots may be requested from the County Recorder of your county of residence.
3. Keep this copy as your receipt. After the County Recorder receives your registration and places it in the county general register, a notice will be sent to you within 4–6 weeks indicating that your name appears on the register. If you do not receive your notice contact your County Recorder.
4. Fill in your political party preference in box 16. If you leave this box blank as a first time registrant in your county, your party preference will be "Party Not Designated". If you leave this box blank and you are already registered in the county, your current party preference will be retained. Please write full name of party preference in box.

## PARA ACOMODAR A LAS NECESIDADES DE LAS PERSONAS CON DISCAPACIDADES

Los materiales en formatos alternativos, interpretación por señas y dispositivos de audición asistida están disponibles al dar aviso previo de 72 horas a su Registrador del Condado. Al punto posible, se harán disponibles más acomodamientos razonables dentro de las limitaciones de tiempo de la solicitud.

## INFORMACIÓN GENERAL

1. **Usted debe volver a registrarse cuando se mude, cambie su nombre, o cambie de afiliación de partido político.**
2. Se puede solicitar boletas electorales tempranas del Registrador del Condado del condado de su residencia.
3. Conserve esta copia como su recibo. Después de que el Registrador del Condado reciba su inscripción y la anote en el registro general del condado, se le enviará un aviso dentro de 4 a 6 semanas que indica que su nombre aparece en el registro. Si usted no recibe su aviso, póngase en contacto con su Registrador del Condado.
4. Anote su preferencia de partido político en la casilla 16. Si usted deja esta casilla en blanco al registrarse por primera vez en su condado, su preferencia de partido será "No Designó Partido". Si usted deja esta casilla en blanco y ya se registró en el condado, se retendrá su preferencia actual de partido. Por favor anote el nombre completo del partido político en la casilla.

**Apache County Recorder**
St. Johns, AZ 85936
(928) 337-7516 (TDD# 337-4402)

**Cochise County Recorder**
Bisbee, AZ 85603
(520) 432-8354 (TDD# 432-8360)

**Coconino County Recorder**
Flagstaff, AZ 86001
(928) 779-6589 (TDD# 226-6073)

**Gila County Recorder**
Globe, AZ 85501
(928) 425-3231 (TDD# 425-0839)

**Graham County Recorder**
Safford, AZ 85546
(928) 428-3560 (TDD# 428-3562)

**Greenlee County Recorder**
Clifton, AZ 85533
(928) 865-2632 (TDD# 865-2632)

**La Paz County Recorder**
Parker, AZ 85344
(928) 669-6136 (TDD# 669-8400)

**Maricopa County Recorder**
Phoenix, AZ 85003
(602) 506-1511 (TDD# 506-2348)

**Mohave County Recorder**
Kingman, AZ 86402
(928) 753-0767 (TDD# 753-0769)

**Navajo County Recorder**
Holbrook, AZ 86025
(928) 524-4192 (TDD# 524-4294)

**Pima County Recorder**
Tucson, AZ 85701
(520) 740-4330 (TDD# 740-4320)

**Pinal County Recorder**
Florence, AZ 85232
(520) 866-6850 (TDD# 866-6851)

**Santa Cruz County Recorder**
Nogales, AZ 85621
(520) 375-7990 (TDD# 761-7816)

**Yavapai County Recorder**
Prescott, AZ 86305
(928) 771-3248 (TDD# 771-3530)

**Yuma County Recorder**
Yuma, AZ 85364
(928) 373-6034 (TDD# 373-6033)

*State of Arizona*
*Secretary of State*
*Rev. 09/20/2007*